# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUCILLE H. GOODWIN,**

    **Plaintiff,**

**-vs-**                   **Case No.  6:04-cv-499-Orl-31JGG**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner of Social Security is affirmed.

Date: June 23, 2005

              SHERYL L. LOESCH, CLERK

              s/ *M. Pleicones*, Deputy Clerk _